OPINIONS OF THE SUPREME COURT OF OHIO
     The full texts of the opinions of the Supreme Court of
Ohio are being transmitted electronically beginning May 27,
1992, pursuant to a pilot project implemented by Chief Justice
Thomas J. Moyer.
     Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Deborah J. Barrett, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.
Your comments on this pilot project are also welcome.
     NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.

Citizens for Fair Taxation et al., Appellants, v. City of
Toledo et al., Appellees.
[Cite as Citizens for Fair Taxation v. Toledo (1994), Ohio
St.3d    .]
Appeal dismissed as improvidently allowed.
     (No. 92-2235 -- Submitted December 14, 1993 -- Decided
February 2, 1994.)
     Appeal from the Court of Appeals for Lucas County, No.
L-91-302.

     Nathan & Roberts, R. Michael Frank and W. David Arnold,
for appellants.
     Keith A. Wilkowski, Director of Law, and Ralph J. Lewis,
Assistant Director of Law, for appellees.
     Barry M. Byron Co., L.P.A., Barry M. Byron and Stephen L.
Byron, urging affirmance for amici curiae, Ohio Municipal
Attorneys' Association and the cities of Akron, Cleveland,
Columbus, Dayton and Youngstown.

     The cause is dismissed, sua sponte, as having been
improvidently allowed.
     Moyer, C.J., A.W. Sweeney, Douglas, Fain, F.E. Sweeney and
Pfeifer, JJ., concur.
     Baird, J., dissents and would affirm the judgment of the
court of appeals
     William R. Baird, J., of the Ninth Appellate District,
sitting for Wright, J.,
     Mike Fain, J., of the Second Appellate Distirct, sitting
for Resnick, J.